UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, | * * * | |
| Plaintiff, | * * | CIVIL ACTION FILE NO. 4:04-mc-6 |
| v. | * * | SUBPOENA RELATING TO |
| REPUBLIQUE DU NIGER, | * * | CASE NO. : 97 CIV 3090 (LAK) UNITED STATES DISTRICT COURT |
| Defendant. | * | SOUTHERN DISTRICT OF NEW YORK |

## WITHDRAWAL OF MOTION TO QUASH SUBPOENA

Synovus Financial Corp. ("Synovus"), a non-party to the above-captioned action, hereby withdraws it Motion to Quash Subpoena which was filed with this Court on December 17, 2004, as a result of Plaintiff having withdrawn its subpoena to Synovus. No hearing on the Motion to Quash will be necessary.

This 29 day of December, 2004.

                                             PAGE, SCRANTOM, SPROUSE,
                                             TUCKER & FORD, P.C.

                                             By: _____
                                                   Robert C. Brand, Jr.
                                                   Georgia Bar No. 076351

1111 Bay Avenue, Third Floor
Post Office Box 1199                         Attorneys for Synovus Financial Corp.
Columbus, GA 31902-1199
(706) 324-0251

289214.1

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, | * * * | |
| Plaintiff, | * * | CIVIL ACTION FILE NO. 4:04-mc-6 |
| v. | * * | SUBPOENA RELATING TO |
| REPUBLIQUE DU NIGER, | * * | CASE NO.: 97 CIV 3090 (LAK) UNITED STATES DISTRICT COURT |
| Defendant. | * | SOUTHERN DISTRICT OF NEW YORK |

## CERTIFICATE OF SERVICE

I do hereby certify that I am of counsel for Synovus Financial Corp. and that a true and exact copy of the foregoing **WITHDRAWAL OF MOTION TO QUASH SUBPOENA** has been served in the within matter by depositing a copy of same in the U.S. Mail, postage prepaid, to Paul E. Summit and to Andrew T. Solomon, attorneys for Plaintiff, 1290 Avenue of the Americas, 29th Floor, New York, NY 10104.

This 29 day of December, 2004.

Robert C. Brand, Jr.
Counsel for Synovus Financial Corp.

289214.1